1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT TACOMA

7    DAMIEN HARRIS,

8                   Plaintiff,                    CASE NO. C12-6008 RBL/KLS

9         v.                                      ORDER GRANTING MOTIONS TO
                                                  AMEND AND TO STAY CASE
10   STATE OF WASHINGTON, ROB
     MCKENNA, BERNARD WARNER,
11   MICHAEL BOONE, SCOTT JACKSON,
     THURSTON COUNTY, THURSTON
12   COUNTY NARCOTICS TASK FORCE,
     CITY OF LACEY, DUSTY PIERPOINT,
13   KENNETH LUNDQUIST, LACEY
     POLICE DEPARTMENT, LORELI
14   THOMPSON,

15                   Defendants.

16        On November 26, 2012, Defendants removed this case from Thurston County Superior

17   Court.  ECF No. 1.  Defendants have filed their Answers to Plaintiff's Complaint.  ECF Nos. 7,

18   12, and 13.  Presently before the Court are Plaintiff's motions to stay and to amend his

19   complaint.  ECF Nos. 11 and 15.

20        In his motion to amend, Plaintiff asks leave to limit his complaint to Defendants Scott

21   Jackson, Michael Boone, Kenneth Linquist, and Loreli Thompson and to clarify his allegations

22   against these Defendants.  ECF No. 15.  Defendants are not opposed to this motion.  ECF No. 16.

23        In his motion to stay, Plaintiff asks that this Court stay all proceedings in this action

24   pending a decision by the Washington State Court of Appeals on his personal restraint petition

1  filed on April 30, 2012.  Plaintiff states that a decision from the state court on the issues of

2  search warrants and other allegations must be decided prior to proceeding in his civil action.

3  ECF No. 11, p. 3.  Plaintiff states that he filed his complaint in Thurston County Superior Court

4  prior to the conclusion of his personal restraint proceedings to comply with the three year statute

5  of limitations.  *Id.*, p. 4.  He also filed a motion to stay in the Thurston County Superior Court

6  action but it was not adjudicated prior to Defendants' removal of the case to this Court.  *Id.*, pp.

7  2-3.  Defendants do not oppose the stay, but ask that the stay include all pending discovery

8  requests.  ECF No. 16, pp. 1-2.

9          Accordingly, it is **ORDERED:**

10         (1)     Plaintiff's motion to amend (ECF No. 15) is **GRANTED.**  The Clerk is directed

11  to file Plaintiff's proposed amended complaint (ECF No. 15-1) as his amended complaint.

12         (2)     Plaintiff's motion to stay (ECF No. 11) is **GRANTED.**  This case is **STAYED**

13  **including all pending discovery.  Responses to all pending discovery requests shall be due**

14  **within thirty (30) days after the Court issues an order lifting this stay.**

15         (3)     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

16

17         **DATED** this 27th day of February, 2013.

18

19

20                                                  Karen L. Strombom
                                                    United States Magistrate Judge

21

22

23

24

ORDER GRANTING MOTIONS TO AMEND AND
TO STAY CASE- 2