UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMIEN HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BOONE, SCOTT JACKSON, KENNETH LINDQUIST, and LORELI THOMPSON,<br><br>　　　　　　Defendants. | CASE NO. C12-6008 RBL-KLS<br><br>ORDER |

　　This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure.

　　The Court has reviewed the file in this stayed civil rights action and notes that plaintiff filed his last status report on May 29, 2013. Dkt. 20. The Court ORDERS plaintiff to file an updated status by March 28, 2014. Plaintiff will need to inform the Court why a stay of this action is still appropriate. Defendants may file a response to plaintiff's status report on or before April 4, 2014.

ORDER- 1

1  The Clerk's office is instructed to note this matter for the Court's review on April 11,
2  2014.

3  The Clerk is directed to send a copy of this Order to Plaintiff.

4  Dated this 19 day of February, 2014.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER- 2