UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMIEN HARRIS,<br><br>    Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON, ROB MCKENNA, BERNARD WARNER, MICHAEL BOONE, SCOTT JACKSON, THURSTON COUNTY, THURSTON COUNTY NARCOTICS TASK FORCE, CITY OF LACEY, LACEY POLICE DEPARTMENT, DUSTY PIERPOINT, LORELI THOMPSON, KENNETH LUNDQUIST,<br><br>    Defendants. | CASE NO. C12-6008 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Court grants Plaintiff's motion to dismiss his action without prejudice.

DATED this 22nd day of August, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE